El Pueblo de Puerto Rico, demandante y apelado, *v.*
Rafael Suárez, acusado y apelante.

Núm. 13961.—*Sometido:* Julio 15, 1949. *Resuelto:* Julio 30, 1949.

*Juan Nevares Santiago,* abogado del apelante; *Hon. Procurador
General Vicente Géigel Polanco, J. Rivera Barreras, Fiscal del
Tribunal Supremo y Fernando Fornaris, Jr., Fiscal Auxiliar,*
abogados de El Pueblo, apelado.

*Per curiam:* La Corte de Distrito de Humacao declaró
a Rafael Suárez culpable del delito de abandono de menores
y le sentenció a sufrir treinta días de cárcel, suspendiéndole
la sentencia mientras pase a la denunciante Georgina Mer-
cado la cantidad de $1.50 a la semana para los alimentos del
hijo.

Los cuatro errores señalados en apelación atacan la apre-
ciación de la prueba hecha por la corte inferior e imputan
a ésta haberla dictado movida por pasión, prejuicio y parcia-
lidad.

La prueba fué, en resumen, que la denunciante, Georgina
Mercado, se puso a vivir con el acusado como marido y
mujer y salió encinta; que cuando se dejaron ella tenía
semanas de estar embarazada; que la separación se debió a
que ella se fué para la cárcel a cumplir una sentencia de
tres meses; que vivieron juntos como dos semanas; que
aunque ella había sido una mujer de vida alegre, cuando
conoció al acusado no salió nada más que con él; que al
salir de la cárcel ella estaba encinta; que antes de reglar
no había tenido contacto con ningún otro hombre y después
de reglar tampoco; que el acusado le llevó diez dólares
antes de ella dar a luz, y que al momento de nacer el niño
él negó ser el padre.

La prueba de la defensa consistió en las declaraciones de Ricardo Rivera González y del propio acusado. El primero de ellos es juez de paz de Fajardo y declaró que la denunciante Georgina Mercado estuvo en su oficina a pedirle que citara al acusado en relación con un hijo que ella había tenido en esos días, que ella creía era de él; que le preguntó cuánto tiempo vivió con Suárez y ella le dijo que varios días; que le preguntó también si ella había tenido otros hombres y ésta le contestó que varios días antes había tenido hombre.

El acusado declaró que Georgina Mercado era mujer de la vida, encontrándola en Ceiba en un *bar* donde acudían mujeres de esa clase; que con tres mujeres más salieron en grupo del bar ése; que él no ha tenido hijos de ella; que tampoco le ha dado dinero a ella para atender al niño; y que él nunca vivió con ella bajo techo.

Con esa prueba la corte inferior declaró culpable al acusado. No creemos que al así hacerlo cometiera manifiesto error en su apreciación, ni actuara movida por pasión, prejuicio o parcialidad.

*La sentencia apelada debe ser confirmada.*

Voto Disidente del Juez Presidente Sr. De Jesús y del Juez Asociado Sr. Todd, Jr.

Disentimos por ser de opinión que las circunstancias concurrentes en el presente caso no justifican la aplicación de la doctrina establecida en los casos de *Pueblo* v. *De Jesús,* 57 D.P.R. 708; *Pueblo* v. *Bernabe,* 63 D.P.R. 400 y *Pueblo* v. *Mercado,* 69 D.P.R. 335.